Case4:09-cv-01643-SBA   Document18   Filed08/13/09   Page1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS M. DEAL

              Plaintiff(s),

v.

COUNTRYWIDE HOME LOANS, INC., et al.

              Defendant(s).

CASE NO. c 09-01643 SBA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* Private Mediation

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline March 15, ~~2009~~ 2010

Dated: 8/12/09

Dated: 8/12/09

                              Attorney for Plaintiff

                              Attorney for Defendant

~~[PROPOSED]~~ ORDER

  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓   Private ADR

  Deadline for ADR session
    90 days from the date of this order.
✓   other March 15, 2010

IT IS SO ORDERED.

Dated: 8/24/09

*Saundra B. Armstrong*

UNITED STATES ~~MAGISTRATE~~ JUDGE
District Court