Adam S. Gruen  (SB #114888)
LAW OFFICES OF ADAM S. GRUEN
350 Berkeley Park Boulevard, Suite 4
Kensington, CA  94707
Telephone: (510) 526-4949
Facsimile : (510) 526-4947

Attorneys for Plaintiff
THOMAS M. DEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| THOMAS M. DEAL, | ) | CASE NO. C-09-01643 SBA |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S OBJECTION |
| | ) | TO DEFENDANTS' REQUEST |
| vs. | ) | FOR JUDICIAL NOTICE |
| | ) | |
| COUNTRYWIDE HOME LOANS, INC; | ) | |
| BANK OF NEW YORK AS TRUSTEE | ) | |
| ON BEHALF OF SAMI II 2006-AAR3; | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEM, INC; | ) | |
| (MERS); RECONSTRUCT COMPANY; | ) | |
| LANDSAFE TITLE CORPORATION; | ) | |
| AMERICA'S WHOLESALE LENDER, A | ) | |
| CORPORATION, CTC REAL ESTATE | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Comment [Watermark1]:
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Thomas Deal objects to Defendants' Request for Judicial Notice [Docket 81].

Defendants request that the Court take Judicial notice of 5 real estate documents purportedly on record with the Alameda County Recorder's Office, Exhibits A-E.

The uncertified documents are themselves hearsay, without any exception offered. Even if the Court were to take judicial notice of the *existence* of the documents, it is not permitted to accept the truth of the *contents* of the documents because they are improper hearsay statements since they are out-of-court assertions of fact, offered for the truth of the matter, without any recognized hearsay exception. *Fed. R. Evid.* 801.

Dated: November 6, 2012                                    LAW OFFICES OF ADAM S. GRUEN


By_____
                          Adam S. Gruen
                       Attorneys for Plaintiff
                       THOMAS M. DEAL

-2-

PLAINTIFF'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE